Carroll Chouinard, Plaintiff-Appellee, v. Warren E. Wright, Defendant-Appellant.

Gen. No. 48,578. (Abstract of Decision.)

First District, First Division.

June 4, 1962.

Joseph J. Nagle, of Chicago (James F. Flanagan and Mary M. Shaw, of counsel, of Chicago), for appellant; Junie L. Sinson, of Chicago (Junie L. Sinson and Nancy G. McDermid, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE MURPHY. Not to be published in full.

Peter Danigeles, Plaintiff-Appellant, v. Spiros Regas, Defendant-Appellee.

Gen. No. 48,526. (Abstract of Decision.)

First District, First Division.

June 4, 1962.

Loewy and Kleinman, of Chicago, for appellant; Roman E. Posanski and Theodore N. Constant, of Chicago, for appellee. Opinion by MR. JUSTICE ENGLISH. Not to be published in full.